### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JIMMY L. MOORE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | |
| **MILLER PIPELINE** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | **JURY DEMAND** |

## COMPLAINT

**I.  INTRODUCTION**

This is an action for legal and equitable relief to redress unlawful racial discrimination.  Specifically, this suit is brought to secure the protection of and to redress the deprivation of rights secured by Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991, codified at 42 U.S.C. §§ 2000e et seq. ("Title VII") and 42 U.S.C. § 1981.  The Plaintiff requests a trial by jury on all issues triable to a jury.  The Plaintiff is also seeking all damages available pursuant to 42 U.S.C. § 1981a.

**II.  JURISDICTION**

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1331 and 28 U.S.C. Sections 2201 and 2202, and Section 2000e et seq.  This is a suit in law and equity authorized and instituted pursuant to Title VII of the Act of

Congress known as the "Civil Rights Act of 1964", as amended, 42 U.S.C. Section 2000e et seq., The Civil Rights Act of 1991 and 42 U.S.C. § 1981 and § 1981a. The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights secured by 42 U.S.C. Section 2000e et seq. providing for injunctive relief, back pay, compensatory damages, punitive damages, attorney fees, and other relief against race discrimination.

2.  Plaintiff has fulfilled all conditions precedent to the institution of this action under Title VII of the Act of Congress known as the "Civil Rights Act of 1964", as amended, 42 U.S.C. Section 2000e et seq.  Plaintiff timely filed his charge of race discrimination within 180 days of occurrence of the last discriminatory act. Plaintiff is timely filing this Complaint within 90 days of the receipt of his Notice of Right To Sue from the Equal Employment Opportunity Commission ("EEOC").

3.  There are no administrative prerequisites for Plaintiff's claims brought pursuant to 42 U.S.C. § 1981.

### III.  **PARTIES**

4.  The Plaintiff, Jimmy L. Moore, is an African-American male citizen of the United States, and a resident of the State of Mississippi.

5.  The Defendant, Miller Pipeline Corporation, is a corporate entity doing business in the State of Alabama.  The Defendant employs at least fifteen (15)

persons.  The Defendant is an employer subject to suit pursuant to the provisions of the Act of Congress known as "The Civil Rights Act of 1964", as amended, 42 U.S.C. Section 2000e et seq, and 42 U.S.C. § 1981.

## IV.    STATEMENT OF FACTS

6.     The Plaintiff, Jimmy L. Moore, was hired by the Defendant in or around January 2004 as a laborer.

7.     Plaintiff was terminated by the Defendant on or about July 31, 2008 for committing an error in welding a piece of pipe.  Allegedly, because of this improper weld, the pipe began to leak which required the Defendant to redo the job.  White employees who make similar or more egregious mistakes are not disciplined at all or are disciplined less harshly.

8.     The Defendant discriminated against the Plaintiff because of his race with respect to the terms and conditions of his employment in violation of 42 U.S.C § 2000e, as amended and 42U.S.C§1981.

9.     The Plaintiff's damages and injuries include loss of pay and benefits. Furthermore, as a result of the treatment he received from the Defendant, Plaintiff has been made to suffer mental anguish, humiliation, embarrassment.

10.    The Defendant's discriminatory actions toward Plaintiff were reckless,

malicious, and willful and in violation of Plaintiff's statutory rights pursuant to Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. 1981.

## V.   PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully prays that this Court assume jurisdiction of this action and after trial:

1.   Grant the Plaintiff a declaratory judgment holding that the actions of the Defendant and its agents as described hereinabove violated and continue to violate the rights of the Plaintiff as secured by Title VII and 42 U.S.C. § 1981.

2.   Grant the Plaintiff a permanent injunction enjoining the Defendant and/or its agents, successors, employees, attorneys and those acting in concert with the Defendant and on the Defendant's behalf from continuing to violate Title VII and 42 U.S.C. § 1981.

3.   Issue an injunction ordering the Defendant and its agents not to engage in racial discrimination and ordering Defendant to establish written policies and procedures against such discriminatory conduct.

4.   Grant the Plaintiff an order requiring the Defendant to make the Plaintiff whole by reinstating the Plaintiff to the position he would have occupied in the absence of racial discrimination (or frontpay), backpay (plus interest), loss of

seniority, benefits and loss of pension, and by awarding the Plaintiff compensatory, punitive, liquidated, and/or nominal damages.

5.      The Plaintiff further prays for such other relief and benefits as the cause of justice may require, including, but not limited to, an award of costs, attorneys' fees and expenses.

>   Respectfully submitted,
>   */s/Roderick T. Cooks*
>   Roderick T. Cooks
>   Lee Winston
>   Attorneys for the Plaintiff

### THE PLAINTIFF DEMANDS TRIAL BY STRUCK JURY

| OF COUNSEL: | DEFENDANT'S ADDRESS |
|---|---|
| WINSTON COOKS, LLC | MILLER PIPELINE CORPORATION |
| Two-20th Street North | 3611 Industrial Parkway |
| Suite 1330 | Birmingham, AL 35217 |
| Birmingham, AL 35203 | Phone: 205-849-5331 |
| Tel: (205)502-0970 | Fax: 205-849-5311 |
| Fax: (205)278-5876 | |
| email: rcooks@winstoncooks.com | **DEFENDANT'S REGISTERED AGENT** |
| **PLAINTIFF'S ADDRESS** | THE CORPORATION COMPANY |
| Jimmy L. Moore c/o | 2000 INTERSTATE PARK DR |
| WINSTON COOKS, LLC | MONTGOMERY, AL 36109-5421 |
| Two-20th Street North | |
| Suite 1330 | |
| Birmingham, AL 35203 | |